ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
          brett.coombs@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> ELKHORN COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ABSOLUTE COLLECTION SERVICES, LLC, <br><br> Defendants. | Case No.: 2:16-cv-00524-RFB-NJK <br><br> **NOTICE OF DISASSOCIATION OF COUNSEL** |

Plaintiff, Bank of America, N.A. (**BANA**), by and through its counsel of record, Akerman LLP, hereby provides notice that Donna M. Wittig, Esq., is no longer associated with the firm of Akerman LLP.  **BANA** requests that Ms. Wittig be removed from the Court's CM/ECF service list.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

Akerman LLP will continue to represent **BANA** and requests that Ariel E. Stern, Esq. and Brett Coombs, Esq. receive all future notices.

DATED this 7th day of September, 2016.

        **AKERMAN LLP**

        */s/  Brett Coombs*
        ARIEL E. STERN, ESQ.
        Nevada Bar No. 8276
        Brett M. Coombs, Esq.
        Nevada Bar No. 12570
        1160 Town Center Drive, Suite 330
        Las Vegas, Nevada 89144
        Email: ariel.stern@akerman.com
              brett.coombs@akerman.com

        *Attorneys for Plaintiff/Counter-Defendant*
        *Bank of America, N.A.*

## COURT APPROVAL

IT IS SO ORDERED.

Dated this  8th  day of September, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Akerman LLP, and that on the 7th day of September, 2016, I caused to be served a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL**, in the following manner:

(**Electronic Service**)  Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List.

Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
Howard C. Kim, Esq.
Diana Cline Ebron, Esq.
**KIM GILBERT EBRON**
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300

*Attorneys for Defendant SFR Investments Pool 1, LLC*

Shane D. Cox, Esq.
**Absolute Collection Services, LLC**
8440 W. Lake Mead Blvd., Suite 210
Las Vegas, Nevada 89128

*Attorneys for Defendant Absolute Collections Services, LLC*

Edward D. Boyack, Esq.
Christopher B. Anthony, Esq.
**Boyack Orme & Taylor**
401 N. Buffalo Drive, Suite 202
Las Vegas, Nevada 89145

*Attorneys for Defendant Elkhorn Community Association*

/s/ Carla Llarena
An employee of AKERMAN LLP

3