UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ELKHORN COMMUNNITY ASSOCIATION, *et al*.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:16-cv-00524-RFB-NJK<br><br>**ORDER** |

　　　Before the Court for consideration is the Report and Recommendation (ECF No. 73) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered June 26, 2020.

　　　A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); D. Nev. Civ. R. IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). See also D. Nev. Civ. R. IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by July 10, 2020.  No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

. . .

1 **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 73) is
2 ACCEPTED and ADOPTED in full.
3       **IT IS HEREBY ORDERED** that default judgment is entered against Defendant Absolute
4 Collection Services.

6       DATED: August 5, 2020.

      _____
      **RICHARD F. BOULWARE, II**
      **United States District Judge**