AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Bank of America, N.A.

                Plaintiff,

v.

Elkhorn Community Association

                Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-00524-RFB-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Court's adoption of the Magistrate's Report and Recommendation, Default Judgment is entered against Absolute Collection Services, LLC, in favor of Bank of America, N.A.

8/5/2020
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk