ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ELKHORN COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; ABSOLUTE COLLECTION SERVICES, LLC,<br><br>　　　　　Defendants. | Case No.: 2:16-cv-00524-RFB-NJK<br><br>**JOINT STATUS REPORT AND STIPULATION TO STAY PROCEEDINGS** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>　　　　　Counter/Cross Claimant,<br><br>v.<br><br>BANK OF AMERICA, N.A.; and DEBORAH S. LIENING, an individual,<br><br>　　　　　Counter/Cross Defendants. | |

Bank of America, N.A. (**BANA**) and SFR Investments Pool 1, LLC file this joint status report pursuant ECF No. 72, and jointly move the court to stay the case an additional sixty days while BANA and SFR perform their remaining settlement obligations.  The subject property is part of a broader settlement between BANA and SFR involving scores of properties and cases in state and federal court.  Due to complications arising from the ongoing pandemic, SFR has not yet fully completed the conditions precedent, and BANA has agreed to an extension.

1

54513592;1

To allow BANA and SFR to complete their settlement, the parties request an additional sixty days' stay of all litigation in this action. The parties will file a status report at the end of the requested stay. This request is made in good faith and will not prejudice any party.

DATED this 4th day of September, 2020

| AKERMAN LLP | KIM GILBERT EBRON |
|---|---|
| /s/ Scott R. Lachman<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Bank of America, N.A.* | /s/ Diana S. Ebron<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: September 8, 2020.