DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> ELKHORN COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; ABSOLUTE COLLECTION SERVICES, LLC, <br><br> Defendants. | Case No. 2:16-cv-00524-RFB-NJK <br><br> **JOINT STATUS REPORT AND STIPULATION AND ORDER TO CONTINUE STAY OF LITIGATION** |
| SFR INVESTMENTS POOL 1, LLC, <br><br> Counter/Cross Claimant, <br><br> vs. <br><br> BANK OF AMERICA, N.A..; and DEBORAH S. LIENING, an individual, <br><br> Counter/Cross Defendants. | |

Bank of America, N.A. (**BANA**) and SFR Investments Pool 1, LLC (SFR) file this joint status report pursuant to ECF No. 81, and jointly move the court to stay the case an additional one hundred and eighty (180) days while the parties perform their remaining settlement obligations. The parties have a signed settlement agreement. The subject property is part of a broader settlement between BANA and SFR involving scores of properties and cases in state and federal court. The

- 1 -

parties have been working in good faith to complete the entire settlement. However, due to complications arising from the ongoing pandemic, SFR has not yet fully completed the conditions precedent for all of the properties in the settlement, and BANA has agreed to an extension. To allow BANA and SFR to complete their settlement, the parties request an additional 180 days' stay of all litigation in this action. The parties expect to file a dismissal or will file a joint status report at the end of the 180 day period. This request is made in good faith and will not prejudice any party.

DATED this 9th day of November, 2020

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Scott R. Lachman* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> SCOTT R. LACHMAN, ESQ. <br> Nevada Bar No. 12016 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Bank of America, N.A.* | */s/ Diana S. Ebron* <br> DIANA S. EBRON, ESQ. <br> Nevada Bar No. 10580 <br> JACQUELINE A. GILBERT, ESQ. <br> Nevada Bar No. 10593 <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, NV 89139 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 30th day of November, 2020.