1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  SCOTT R. LACHMAN, ESQ.
   Nevada Bar No. 12016
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, Nevada 89134
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: ariel.stern@akerman.com
6  Email: scott.lachman@akerman.com

7  *Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> ELKHORN COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; ABSOLUTE COLLECTION SERVICES, LLC, <br><br> Defendants. | Case No.: 2:16-cv-00524-RFB-NJK <br><br> **STIPULATION AND ORDER OF DISMISSAL** |
| SFR INVESTMENTS POOL 1, LLC, <br><br> Counter/Cross Claimant, <br><br> v. <br><br> BANK OF AMERICA, N.A.; and DEBORAH S. LIENING, an individual, <br><br> Counter/Cross Defendants. | |

Bank of America, N.A. and SFR Investments Pool 1, LLC agree that the above-entitled case may be dismissed with prejudice, each party to bear its own costs, including attorneys' fees.

…

…

…

…

1

58440662;1

This court may close the matter.

DATED this 1st day of June, 2021.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Scott R. Lachman* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> SCOTT R. LACHMAN, ESQ. <br> Nevada Bar No. 12016 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Bank of America, N.A.* | */s/ Diana S. Ebron* <br> DIANA S. EBRON, ESQ. <br> Nevada Bar No. 10580 <br> JACQUELINE A. GILBERT, ESQ. <br> Nevada Bar No. 10593 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, NV 89139 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |

## ORDER

**IT IS SO ORDERED.**

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: June 4, 2021.

2

58440662;1